UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
HAZAN SPORTS MANAGEMENT GROUP INC.,

                                    Plaintiff,      **DEFAULT JUDGMENT**

     -against-                              Case No. 1:24-cv-04574-(PKC)

AKEEM J. JOHNSON,

                                  Defendant.
-------------------------------------------------------------------X

This action having been commenced on July 2, 2024 by the filing of the Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Akeem J. Johnson on July 13, 2024 by personal delivery to Akeem J. Johnson, and a proof of service having been filed on August 19, 2024 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $225,000.00 with interest at 9% from ~~March~~ [April] ~~20,2024~~ 21,2024 amounting to ~~$8,765.84~~ $10,319.17 amounting in all to ~~$223,000.00~~ $235,319.17.

[handwritten annotation: PKC]

Dated: New York, New York
         October 23, 2024

                                                    _____
                                                         USDJ